CO-386-online
10/03

# United States District Court
# For the District of Columbia

Weaver's Cove Energy, LLC )
)
)
)
                   **vs**       Plaintiff )     Civil Action No._____
)
THAD W. ALLEN, Commandant of the United )
States Coast Guard, in his official capacity, et al. )
)
)
                Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Weaver's Cove Energy, LLC_ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _Weaver's Cove Energy, LLC_ which have

any outstanding securities in the hands of the public:

  Hess Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 494284
_____
BAR IDENTIFICATION NO.

Jeffrey M. Bauer
_____
Print Name

Baker Botts LLP, The Warner, 1299 Pennsylvania Avenue NW
_____
Address

Washington, DC 20004-2400
_____
City           State         Zip Code

(202) 639-7721
_____
Phone Number