AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WEAVER'S COVE ENERGY, LLC
1 New Street
Fall River, MA 02720

**SUMMONS IN A CIVIL CASE**

V.

THAD W. ALLEN, Commandant of the United States Coast Guard, in his official capacity, et al.

Case: 1:08-cv-00998
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/10/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States of America
Honorable Michael B. Mukasey
Attorney General of the United States of America
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Bauer
Baker Botts, LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JUN 1 0 2008
CLERK                                  DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  6/11/08 |
| NAME OF SERVER (PRINT)<br>Jeffrey M. Bauer | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

x Other (specify): _____
  Summons was sent U.S. Certified Mail, return receipt requested.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL<br>0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____6/30/08_____    _____
             Date                  Signature of Server

                                   Baker Botts, LLP, The Warner, 1299 Pennsylvania Avenue, N.W., Washington D.C. 20003
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFIED MAIL**

7004 2510 0002 2041 0734

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

Sent to: United States of America
Honorable Michael B. Mukasey
Attorney General of the United States of America
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PS Form ... See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States of America
   Honorable Michael B. Mukasey
   Attorney General of the United States of America
   Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*     B. Date of Delivery

C. Signature
   X
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*

   7004 2510 0002 2041 0734

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952





**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0002 2041 0741**
Status: **Delivered**

Your item was delivered at 10:31 AM on June 12, 2008 in WASHINGTON, DC 20593.

(Additional Details >) (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.

(Go >)

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. (Go >)

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>JUN 1 2 2008<br>C. Signature<br>X _____   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>United States of America<br>Honorable Michael B. Mukasey<br>Attorney General of the United States of America<br>Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label) | 7004 2510 0002 2041 0734 |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-00-M-0952 |