AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WEAVER'S COVE ENERGY, LLC
1 New Street
Fall River, MA 02720

**SUMMONS IN A CIVIL CASE**

V.

THAD W. ALLEN, Commandant of the United States Coast Guard, in his official capacity, et al.

Case: 1:08-cv-00998
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/10/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Hala Elgaaly
Chief, Bridge Administration Division
United States Coast Guard Headquarters
2100 2nd Street, SW
Washington, DC 20593

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Bauer
Baker Botts, LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          JUN 1 0 2008

CLERK                                    DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/11/08 |
| NAME OF SERVER (PRINT)<br>Jeffrey M. Bauer | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

x Other (specify): _____
Summons was sent U.S. Certified Mail, return receipt requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL<br>0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____6/30/08_____      _____[signature]_____
              Date                    Signature of Server

Baker Botts, LLP, The Warner, 1299 Pennsylvania Avenue, N.W., Washington D.C. 20003
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFIED MAIL**

7004 2510 0002 2041 0741

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Hala Egaaly, Chief, Bridge Administration Div.
Street, Apt. No.; or PO Box No.: U.S. Coast Guard Headquarters, 2100 2nd Street, SW
City, State, ZIP+4: Washington, DC 20593

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hala Egaaly, Chief, Bridge Administration Div.
   U.S. Coast Guard Headquarters
   2100 2nd Street, SW
   Washington, DC 20593

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   X   ☐ Agent
       ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number *(Copy from service label)*

   7004 2510 0002 2041 0741

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952





Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0002 2041 0734**
Status: **Delivered**

Your item was delivered at 11:18 AM on June 12, 2008 in WASHINGTON, DC 20530.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

(Go >)

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

