AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WEAVER'S COVE ENERGY, LLC
1 New Street
Fall River, MA 02720

**SUMMONS IN A CIVIL CASE**

V.

THAD W. ALLEN, Commandant of the United States Coast Guard, in his official capacity, et al.

CASE NUMBER

Case: 1:08-cv-00998
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/10/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Civil Process Clerk
Office of the United States Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Bauer
Baker Botts, LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                   JUN 10 2008

CLERK                                             DATE

_/s/_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Weaver's Cove Energy, LLC** <br><br><br> Plaintiff <br><br> v. <br><br> **Thad W. Allen, Commandant of the United States Coast Guard, in his official capacity, et al.** <br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00998 ESH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

<b><u>AFFIDAVIT OF SERVICE</u></b>

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Petition for Writ of Mandamus Pursuant to the Mandamus Act and Complaint for Judgment and Relief Pursuant to the Declaratory Judgment Act, and Exhibits A - L on Office of the United States Attorney for the District of Columbia in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 12, 2008 at 1:02 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Petition for Writ of Mandamus Pursuant to the Mandamus Act and Complaint for Judgment and Relief Pursuant to the Declaratory Judgment Act, and Exhibits A - L on Office of the United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

Gender: Male    Race/Skin: Black    Hair: Black    Age: 32    Height: 5'7"    Weight: 160

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-13-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050