UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| THAD W. ALLEN, Commandant, United States Coast Guard, | ) ) ) ) |
| HALA ELGAALY, Chief, Bridge Administration Division, United States Coast Guard, | ) Civil Action No. 08-00998(ESH) ) ) ) |
| --and-- | ) ) |
| TIMOTHY S. SULLIVAN, Commander, First Coast Guard District, United States Coast Guard, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel for defendants, all sued in their official capacity, in the above-captioned case.

Respectfully submitted,

/s/ Beverly M. Russell
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Office of the United States Attorney for the
  District of Columbia, Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov