UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC,<br><br>      Plaintiff<br><br>      v.<br><br>THAD W. ALLEN, Commandant,<br>  United States Coast Guard,<br><br>HALA ELGAALY, Chief,<br>  Bridge Administration Division,<br>  United States Coast Guard,<br><br>      --and--<br><br>TIMOTHY S. SULLIVAN, Commander,<br>  First Coast Guard District, United States<br>  Coast Guard,<br><br>      Defendants. | Civil Action No. 08-00998(ESH) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants in the above-referenced matter respectfully move for an enlargement of time up to and including September 10, 2007 to answer, move or otherwise respond to Plaintiff's Complaint. The current deadline is Monday, August 11, 2008. This is Defendants' first motion for an enlargement of time for this purpose. Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiff's counsel to consult on this non-dispositive motion, and was informed that Plaintiff does not oppose the relief

requested herein.  Defendants' reasons for seeking the enlargement of time is set forth below.

Specifically, Defendants request the enlargement of time given the work-related demands on their counsel.  Over the past weeks, Defendants' counsel has been in trial preparation for the case, <u>Schroer v. Billington</u>, Civil Action No. 05-1080(JR) and had multiple filings over this period as well.  Defendants additionally note that, by letter dated July 28, 2008, the Coast Guard sent a letter to Ted Gehrig, President, Weaver's Cove Energy, LLC, informing Mr. Gehrig that the Coast Guard had decided to conduct a Truman-Hobbs Preliminary Investigation, considered by Defendants to be the relief requested in Plaintiff's Complaint.  Defendants were hoping that this decision would facilitate resolution of this matter but has received indication that, although a promising development, the decision does not completely address those concerns raised in Plaintiff's Complaint.  Accordingly, Defendants must answer, move or otherwise respond to Plaintiff's Complaint, and for reasons stated herein, move for an enlargement of time to September 10, 2008 to do so.

A proposed Order consistent with this motion for an enlargement of time is attached.

Date: August 7, 2008

      Respectfully Submitted,


      /s/ Jeffrey A. Taylor /bmr
      _____
      JEFFREY A. TAYLOR, D.C. BAR #498610
      United States Attorney


      /s/ Rudolph Contreras /bmr
      _____
      RUDOLPH CONTRERAS, D.C. BAR #434122
      Assistant United States Attorney


      /s/ Beverly M. Russell
      _____
      BEVERLY M. RUSSELL, D.C. Bar #454257
      Assistant United States Attorney
      U.S. Attorney's Office for the District
       of Columbia, Civil Division
      555 4th Street, N.W., Rm. E-4915
      Washington, D.C. 20530
      Ph:  (202) 307-0492
      Fax: (202) 514-8780
      E-Mail: beverly.russell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC, )<br>                                           )<br>     Plaintiff                        )<br>                                           )<br>v.                                             )<br>                                         )<br>THAD W. ALLEN, Commandant,  )<br>  United States Coast Guard,        )<br>                                         )<br>HALA ELGAALY, Chief,           )<br>  Bridge Administration Division,  )<br>  United States Coast Guard,        )<br>                                         )<br>     --and--                       )<br>                                         )<br>TIMOTHY S. SULLIVAN, Commander, )<br>  First Coast Guard District, United States )<br>  Coast Guard,                             )<br>                                         )<br>     Defendants.                    ) | Civil Action No. 08-00998(ESH) |

ORDER

UPON CONSIDERATION of *Defendants' Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint,* and there being no opposition thereto, it is by the Court,

ORDERED that Defendants' motion should be and is hereby granted, and thus, Defendants shall have up to and including September 10, 2008 to answer, move or otherwise respond to Plaintiff's Complaint;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Bruce Fraser Kiely
Jeffrey M. Bauer
Baker Botts LLP
The Warner Building
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530